UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05CV10117WGY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| v. ) | |
| ) | VIOLATION: |
| ORLANDO FRIAS-ORTEGA ) | 8 U.S.C. § 1326 |
| ) | Illegal Re-entry of |
| ) | Deported Alien |

**INDICTMENT**

**COUNT ONE**: 8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about April 7, 2005, at Boston, in the District of Massachusetts,

ORLANDO FRIAS-ORTEGA,

the defendant herein, being an alien and having been excluded, deported and removed from the United States, and whose removal was subsequent to the conviction for the commission of an aggravated felony, to wit: Distribution of a Control Substance - Cocaine, in violation of Massachusetts General Laws Chapter 94C, Section 32, was found in the United States without having received the express consent of the United States Attorney General prior to April 7, 2005, or the express consent of the Secretary of the United States Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b)(2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
DONALD L. CABELL
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS     May 4, 2005


Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

05CV 10117 WGY

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                                    U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No. II          Investigating Agency  ICE

City  Boston                   **Related Case Information:**

County  Norfolk                Superseding Ind./ Inf. _____    Case No. _____
                               Same Defendant _____  New Defendant _____
                               Magistrate Judge Case Number _____
                               Search Warrant Case Number _____
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ORLANDO FRIAS-ORTEGA          Juvenile  [ ] Yes  [x] No

Alias Name  _____

Address  _____

Birth date: 1967    SS#: _____   Sex: M   Race: HISPANIC   Nationality: DOMINICAN

Defense Counsel if known: _____     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  DONALD L. CABELL          Bar Number if applicable _____

Interpreter:  [x] Yes  [ ] No       List language and/or dialect:  SPANISH

Matter to be SEALED:  [ ] Yes  [x] No

[x] Warrant Requested       [ ] Regular Process       [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____    [ ] Serving Sentence    [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:  [ ] Complaint    [ ] Information    [x] Indictment

Total # of Counts:  [ ] Petty    [ ] Misdemeanor    [x] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 4, 2005          Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy

**Name of Defendant**    ORLANDO FRIAS-ORTEGA

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. §1326 | Unlawful Reentry after Deportation | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

ICE