UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05-10117-WGY

UNITED STATES OF AMERICA

v.

ORLANDO FRIAS-ORTEGA

**MEMORANDUM AND ORDER OF DETENTION**

May 11, 2005

DEIN, M.J.

    The defendant was charged in an indictment with illegal re-entry of a deported alien in violation of 8 U.S.C. § 1326. An initial appearance was held on May 9, 2005, at which time the government moved for detention pursuant to 18 U.S.C. §§ 3142(f)(1)(D) and (f)(2)(A) on the grounds that the defendant is a danger to the community and poses a serious risk of flight. The defendant was represented by counsel. A detention hearing held on May 11, 2005. The defendant declined to be interviewed by Pre-trial Services prior to the hearing.

    Special Agent Paul Jordan testified on behalf of the government and was cross-examined by counsel for the defense. No further evidence was presented, and both sides rested.

At the conclusion of the evidence, the defendant, through counsel, consented to the entry of an order of voluntary detention, without prejudice to his right to propose conditions of release at a later date.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1)    That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)    On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to consider proposed conditions of release, regardless whether there have been changed circumstances

    /s/Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge