AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ORLANDO FRIAS-ORTEGA

**WARRANT FOR ARREST**

**05CR10117WGY**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ORLANDO FRIAS-ORTEGA_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
illegal reentry after deportation

in violation of
Title __8__ United States Code, Section(s) __1326__

_Anne M Gaulik_
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

5-4-05 Boston
Date and Location

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 APR 34 P 3: 35

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 5/9/05 | PO |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.