UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                  CRIMINAL
                                                                    NO. 05-10117 -WGY

ORLANDO FRIAS-ORTEGA

## INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on **5/11/05** before **USMJ DEIN**, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by **6/8/05**    See L.R 116.1(C).

B. The defendant shall provide automatic discovery by **6/8/05**. See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by **.6/22/05** See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by **7/6/05**. See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on **6/23/05** at **2:00** p.m. in Courtroom No. **18** on the **5** floor.

                                                                    By the Court,

5/18/05                                                             /s/ Elizabeth Smith
———————————                                                         ———————————
Date                                                                Deputy Clerk

(Crinsch1.wp - 11/24/98)