# KEVIN LAWRENCE BARRON
**ATTORNEY AT LAW**

453 WASHINGTON STREET - 5TH FLOOR
BOSTON, MASSACHUSETTS 02111-1325
TELEPHONE: 617-482-6368
TELECOPIER 617-517-7711
E-MAIL: K@LAWYERBARRON.COM

ADMITTED MA, NY, ME

June 22, 2005

AUSA Donald L. Cabell, Esq.
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
617-748-3105
Fax: 617-748-3951
Email: donald.cabell@usdoj.gov

RE:   *US v. Orlando FRIAS-ORTEGA*
      1:05-cr-10117-WGY-ALL
      <u>Discovery Request Pursuant to LR 116.3</u>

Dear Don:

Mr. Frias-Ortega requests discovery pursuant to LR 116.3. As agreed in our conversation, the government may satisfy this request by producing a complete copy of Mr. Frias' immigration file with INS/ICE (including the portion of the file concerning his legal admission in the US), the investigating ICE officer's investigative materials and reports. Of course the Government's duty with respect to continuing disclosure and exculpatory evidence (LR 116.2) is not waived.

Best regards,

/s/ *Kevin Barron*

Kevin L. Barron
KB


ELECTRONIC FILING