UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

Case No. 1:05-cr-10117-WGY

v.

ORLANDO FRIAS-ORTEGA,
            Defendant.

UNOPPOSED MOTION TO ENLARGE TIME
AND TO CONTINUE RULE 11 HEARING

N O W   C O M E S  defendant, Orlando Frias-Ortega, by his counsel, and respectfully moves the Court for an order enlarging defendant's time to respond or object to the PSR from September 6, 2005 to October 6, 2005 on the grounds that the defense needs more time to investigate and challenge defendant's criminal history.  Counsel has already gone to the Dorchester District Court to obtain copies of police reports and to examine files of cases transferred from West Roxbury court.  Counsel and defendant did not expect a ten-point criminal history.  The relevant Boston Police Department reports have not been made available to counsel or to probation.  Based on conversations with defendant's family and affected domestic partners, counsel believes there is strong mitigating evidence to obtain from this investigation.

Defendant further moves for a one-month continuance of his combined Rule 11 and sentencing hearing from September 26 to approximately the same date in October.

Counsel has conferred with the AUSA and US Probation in connection with this motion. According to his administrative assistant, AUSA Donald Cabell's supervisor, acting in the AUSA's absence, does not object to this motion. USPO Lisa DuBe does not object to this motion.

WHEREFORE, defendant prays for an order granting the relief requested.

/s./ *Kevin L. Barron*

Kevin Lawrence Barron 550712
Attorney for Orlando Frias Ortega
453 Washington Street 5B
Boston, MA 02111-1325
Tel. No. 617-482-6368
Fax: 617-517-7711
Email: k@lawyerbarron.com

ELECTRONIC FILING