UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

        Case No. 1:05-cr-10117-WGY

v.

ORLANDO FRIAS-ORTEGA,
    Defendant.

## SECOND UNOPPOSED MOTION TO ENLARGE TIME AND TO CONTINUE RULE 11 HEARING

N O W  C O M E S defendant, Orlando Frias-Ortega, by his counsel, and respectfully moves the Court for an order again enlarging defendant's time to respond or object to the PSR. Counsel requests and enlargement of time to respond to the PSR from October 6 November 8, 2005 on the grounds that the interests of justice would be served if defendant had more time to challenge his criminal history. Counsel believes that defendant's criminal history is greatly overrepresented and that defendant would be entitled to a departure were the facts of defendant's past conduct made known to the Court. Since the last motion, counsel obtained defendant's personal records from his family. After reviewing all of them, none of the materials counsel had expected to find were present. US Probation has also not been able to obtain additional police records although the USPO Lisa DuBe has made official requests for the same.

    Defendant further moves for a one-month continuance of his combined Rule 11 and sentencing hearing from October 24 to approximately the same date in November.

Counsel has conferred with the AUSA and US Probation in connection with this motion. According to AUSA Donald Cabell, the government assents to this motion. According to USPO Lisa DuBe, US Probation does not object to this motion.

WHEREFORE, defendant prays for an order granting the relief requested.

Dated this 5th day of October, 2005 at Boston, Massachusetts.

    Respectfully submitted:

/s./ *Kevin L. Barron*
Kevin Lawrence Barron 550712
Attorney for Orlando Frias Ortega
453 Washington Street 5B
Boston, MA 02111-1325
Tel. No. 617-482-6368
Fax: 617-517-7711
Email: k@lawyerbarron.com

ELECTRONIC FILING