UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

                                       Case No. 1:05-cr-10117-WGY

v.

ORLANDO FRIAS-ORTEGA,
      Defendant.

### MOTION TO CONTINUE RULE 11 HEARING

N O W   C O M E S defendant, Orlando Frias-Ortega, by his counsel, and respectfully moves the Court for an order again continuing the defendant's Rule 11 and sentencing hearing to the week of December 5, 2005. AUSA Donald Cabell assents to this motion. Counsel and the government request that the hearing be scheduled for any time during the week of December 5, 2005, except Monday, Wednesday and Friday afternoons. Counsel needs further personal communication with the defendant at MCI Cedar Junction.

      WHEREFORE, defendant prays for an order granting the relief requested.

      Dated this 23rd day of November, 2005 at Boston, Massachusetts.

                              Respectfully submitted:

                              /s./ *Kevin L. Barron*
                              Kevin Lawrence Barron 550712
                              Attorney for Orlando Frias Ortega
                              453 Washington Street 5B
                              Boston, MA 02111-1325
                              Tel. No. 617-482-6368
                              Fax: 617-517-7711
                              Email: k@lawyerbarron.com

ELECTRONIC FILING