UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA,

                                                                     Case No. 1:05-cr-10117-WGY

    v.

ORLANDO FRIAS-ORTEGA,
        Defendant.

### MOTION TO AMEND SENTENCING MEMORANDUM

N O W   C O M E S defendant, Orlando Frias-Ortega, by his counsel, and respectfully moves the Court for an order, nunc pro tunc, allowing amemdment of his November 28, 2005 sentencing memorandum to include an exhibit to the section of the memorandum beginning at page 10, entitled "C. Re-entry Cases and Mitigation; 1. Family Needs".  The attached exhibit contains medical records for the defendant's son Xavier, Born October 10, 2001.  The discharge summary contains a description of complications with Xavier's birth and the child's treatment in the natal intensive care unit of Brigham & Women's Hospital.

       The attached information shows the motivation and concern that lead Mr. Frias to reenter the United States illegally twice after his son's birth and shows that sentencing mitigation is warranted.  The records were obtained only today and not in time for the filing of defendant's motion.  There is good cause to allow the untimely admission of this material as part of the record.  Defendant's family do not all speak English well and they were unable to meet counsel and understand the necessity of the records.  Ms. Robles speaks no English and required an intermediary and time off from work to get the records for counsel.

WHEREFORE, defendant prays for an order granting the relief requested.

Dated this 28th day of November, 2005 at Boston, Massachusetts.

        Respectfully submitted:

        /s./ *Kevin L. Barron*
        Kevin Lawrence Barron 550712
        Attorney for Orlando Frias Ortega
        453 Washington Street 5B
        Boston, MA 02111-1325
        Tel. No. 617-482-6368
        Fax: 617-517-7711
        Email: k@lawyerbarron.com

ELECTRONIC FILING

---

**BRIGHAM AND WOMEN'S HOSPITAL**
*A Teaching Affiliate of Harvard Medical School*
*75 Francis Street, Boston, Massachusetts 02115*

## Discharge Summary

Patient Name: ROBLES, BABY BOY (XAVIER)

Medical Record Number: 172-32-86-9

Date of Admission: 10/10/2001

Date of Discharge:

---

Attending Physician: JOHN P. CLOHERTY, M.D.    JC10
SERVICE: NEONATOLOGY

HISTORY OF PRESENT ILLNESS: The patient is a 3,860-gram male, born at 41+ weeks gestation determined by LMP, to a 29-year-old G2, P0-1 mother with the following prenatal labs: Blood type O positive, GBS positive, intrapartum antibiotics of penicillin, ampicillin and gentamicin, RPR nonreactive, rubella immune, hepatitis B surface antigen negative, gonorrhea and Chlamydia negative, PPD negative and rupture of membranes for approximately 11 hours. The pregnancy had no reported complications, as reported to us by the obstetrical service. The labor was complicated by a GBS positive mother with maternal temperature up to 102, fetal tachycardia and terminal meconium. The delivery date was October 10, 2001, the time was 01:36 a.m. It was a vaginal delivery. The infant emerged SVD and resuscitation required only blow-by O2. The Apgar's were 6 at 1 minute and 9 at 5 minutes. The patient had a normal chest x-ray and normal transillumination, however, had audible stridor, as well as respiratory distress, which caused desaturation and was therefore admitted to the NICU.

PHYSICAL EXAMINATION: Upon admission, temperature was 98.6, heart rate 140, BP 78/57, MAP 62, respiratory rate of approximately 45, oxygen saturation of 99% on a hood supplying 85% oxygen. The physical exam was significant only for audible stridor. The baby appeared barrel-chested. Skin was dry with some peeling skin, no rashes, however. The HEENT exam was significant for positive caput and some left eye swelling. The chest exam was barrel-chested and the right side had some crackles, perhaps greater than on the left. The cardiovascular exam was regular rate and rhythm, normal S1, S2, no murmur, and 2+ femoral pulses bilaterally. The GU exam was significant for a normal Tanner 1 male with both testes being descended bilaterally. Neurological - the patient had positive grasp, suck and symmetric Moro with normal tone.

HOSPITAL COURSE: The hospital course by systems is as follows.

1. Respiratory: Given the patient's stridor, he was admitted, started on a cool mist and received a single racemic epinephrine nebulizer, which seemed to improve his condition, however, the patient became stridorous with exertion, such as crying, which would often cause desaturations down to the 80s, which lasted for the first 48 hours of life. Given the fact that the patient's stridor was persistent, otolaryngology was consulted and they

| BRIGHAM AND WOMEN'S HOSPITAL<br>*A Teaching Affiliate of Harvard Medical School*<br>*75 Francis Street, Boston, Massachusetts 02115*<br><br>**Discharge Summary**<br>Page: 2 | Patient Name: ROBLES, BABY BOY (XAVIER)<br>Medical Record Number: 172-32-86-9<br>Date of Admission: 10/10/2001<br>Date of Discharge: |
|---|---|

performed direct laryngoscopy at the bed side, which revealed edema of the vocal cords, but no anatomical abnormalities or significant trauma. The stridor gradually improved to the point where on the 4th day-of-life, the patient had no more stridor causing desaturations, and by day-of-life 5, October 14, the patient had no audible stridor and had no desaturations whatsoever.

2. Cardiovascular: The patient was cardiovascularly stable throughout his admission, however, the patient appeared to have a slight disruption in his RR interval, and therefore, a 12-lead ECG was performed, which was significant for a northwest access. He then received an echocardiogram on the same day, which revealed a small patent ductus arteriosus and perhaps a small patent foramen ovale. A follow-up echocardiogram was done on October 15, 2001, and the final report on this echocardiogram will follow. However, the patient had no audible murmur and good perfusion throughout his hospital course.

3. FEN: The patient was started on D10W and was made n.p.o. until day-of-life 4, at which point he was started on 50 cc/kg/day of E20/MM20. Initially, the patient showed poor p.o. and a PG tube had to be placed to allow for full feeds. However, by day-of-life 6, the patient was taking all of his feeds p.o. The disruption in the patient's feeding pattern was ascribed to some of the birth trauma, which most likely also caused his stridor, and that as his airway edema and esophageal edema decreased, the patient was able to feed better. By the time of discharge, the patient was taking a minimum of 120 cc/kg/day, all p.o.

4. GI: The bilirubin at 24 hours of life was normal, and the patient required no phototherapy.

5. Hematologic: The patient's hematocrit was normal and he required no blood transfusions while in the NICU.

6. Infectious disease: Given the fact that the patient had strong sepsis risk factors with GBS positive, maternal temperature of 102, fetal tachycardia, blood cultures were sent. However, the patient had a reassuring CBC with differential. The CBC is as follows: White count of 27.9, hematocrit 57.4, platelets 219,000, 53% polys, 8% bands, 28% lymphs, 8% monos, 1% eos, and 2% metamyelocytes, which gives and I:T ratio of 16%. He was started on ampicillin and gentamicin shortly after birth, and this was discontinued 48 hours after the blood cultures remained negative and the final blood culture was also negative at time of discharge.

7. Neurological: The patient had no neurologic issues whatsoever,

**BRIGHAM AND WOMEN'S HOSPITAL**
*A Teaching Affiliate of Harvard Medical School*
*75 Francis Street, Boston, Massachusetts 02115*

## Discharge Summary
Page: 3

Patient Name: ROBLES, BABY BOY (XAVIER)
Medical Record Number: 172-32-86-9
Date of Admission: 10/10/2001
Date of Discharge:

and no head ultrasound was performed.

In summary, this is a full-term baby, who was born with inspiratory stridor shortly after birth. This inspiratory stridor combined and his difficulty feeding were most likely secondary to some kind of birth trauma, although no history of birth trauma was obtained from the obstetrical service. Given the patient's rapid improvement in the NICU, it is believed there will be no sequelae or long-term consequences from his stridor, and there were no forms of anatomic abnormalities causing this distress.

LABORATORY VALUES: In addition to the previously mentioned laboratory values, the patient was determined to be blood type O positive, DAT negative, he had an ionized calcium of 1.11 and a total calcium of 10.1. His most recent set of electrolytes were sodium of 136, potassium of 4.1, chloride of 98, BUN of 34, creatinine of 0.8, calcium of 7.6, total bilirubin of 7.9, with a direct bilirubin of 0.4, bicarbonate of 24.

Discharge physical will be documented in the newborn record, which will be sent along with the mother.

MEDICATIONS: The patient was discharged on no medications whatsoever.

COMPLICATIONS: The patient had no complications from his stay in the NICU.

CONDITION: The patient's discharge condition was excellent. He was taking good p.o. feeds and had at least 4 days where he had no desaturations and no crying or stridor.

DISPOSITION: The patient was discharged to home.

FOLLOW-UP: To be determined at a later date.

**BRIGHAM AND WOMEN'S HOSPITAL**
*A Teaching Affiliate of Harvard Medical School*
*75 Francis Street, Boston, Massachusetts 02115*

## Discharge Summary

Patient Name: ROBLES, BABY BOY

Medical Record Number: 172-32-86-9

Date of Admission:

Date of Discharge:

Attending Physician:

NOTE: The final echocardiogram report from the echocardiogram performed on 10/15/01 is not yet available but a preliminary reading suggested that there is still a small persistent patent ductus arteriosus. Given this, cardiology requested followup echocardiogram once the patient is discharged to ensure that the ductus stays closed and that there are no other abnormalities which were missed on previous echocardiograms. The patient has an appointment for echocardiogram and subsequent followup with Dr. Bergstein on 10/24/01 at 1:30 p.m. in the Children's Cardiology Clinic. The patient also has a followup appointment at Upham's Corner with Dr. Gilleis on 10/18/01 at 9:15 a.m.

In terms of routine health care maintenance, the patient passed his BAERs screening in both ears, as well as received a hepatitis B vaccination, and the patient will pass a car seat test prior to discharge.

The patient's information was briefly relayed to Dr. Gilleis via voice mail and I left my pager number in case Dr. Gilleis has any other questions or concerns. The patient will be discharged today. The discharge examination and weight will be available on the newborn summary which will be given to the mother prior to discharge.

ADDENDUM REPORT

------------------------------------

Batch:      0      HMAQNJ1A2R

Dictated By: SRIDHAR RAO, M.D.   SR69

cc:  1. FAX (617) 582-6041       ,

TL566/178379
D:10/16/2001
T:10/16/2001



**BRIGHAM AND WOMEN'S HOSPITAL**
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

```
172-32-86-9
ROBLES, MARIBEL
BABY
B&W NEWBORN SERVICE
16886780
```

## SENIOR STAFF CONSULTATION REPORT

| | |
|---|---|
| REQUEST TO: | Cardiology |
| DX #1: | DX #2: |
| REQUESTING PHYSICIAN - NAME: | Physician's ID |

**CONSULTATION SUMMARY - (WITH RECOMMENDATIONS)**

DOL #2 persistent stridor   ECG RAD RVH
FT SVD 3856 gms
Birth 29 y/o G₂P₀→₁ GBS⊕ Rx Abx
APGAR 6/9
suctioned meconium          CxR sl. cm patchy lungs
stridor ⌀ desats            ECG superior axis

O/E 36³ - 100 - 60  Sat 99%   82/50, 87/61
appears comfortable  full term
Non Dysmorphic               79/54
lungs clear
CV RRR S₁ Nml S₁,S₂          hyperoxia > 300
Abd soft ⌀ HSM Ext warm
femoral pulses strong ⌀ B/F delay
Echo Bovine trunk mildly elongated sm. PDA

IMP: sm PDA mildly elong arch
REC: repeat Echo prior to D/C to eval arch
Attending - Hx as above. PE all 4 limb pulses mildly difficult
to feel  ⌀ RFD S₁ S₂ ⌀ M ⌀ HSM chest clear
Echo - small PDA mildly elongated Tx arch
Agree with plan above.

| SHERWOOD | [signature] | CARDIOLOGY | 10/12/01 |
|---|---|---|---|
| Consulting Physician (Print Name) | Signature | Service or Specialty | Date |

MEDICAL RECORD COPY                0515970 10/99



**BRIGHAM AND WOMEN'S HOSPITAL**
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

## SENIOR STAFF CONSULTATION REPORT

| REQUEST TO: | ORL Consult |
|---|---|
| DX #1: | DX #2: |

REQUESTING PHYSICIAN - NAME:    Physician's ID

**CONSULTATION SUMMARY - (WITH RECOMMENDATIONS)**

Baby boy dol 2 born @ 41 wk gestation (uncomplicated)
Delivery (vaginal) complicated by GBS+, maternal T 102,
fetal tach and terminal meconium requiring deep oral suction during
delivery. Apgars 6/9. NICU course notable for stridor
with crying, (+) desat 70's, responsive to racemic epinephrine.
No stridor or desat when not crying. Crying voice wnl
per nursing. Stridor is not position dependent. Baby has
not been fed po yet.

Exam: Breathing comfortably. O2 sat 99% RA     Allergy: NKDA
at rest. Nose ō lesion anteriorly,              Meds: Amp/Gent
(+) moist air coming out of both nostrils.
Face ō dysmorphic features. OC/OP ō cleft palate or
lesions. Neck supple. Moving all 4.
   When crying → inspiratory stridor ↓ O2 sat 73°
Tongue appears to be sucked inward c ea breath.
When given pacifier calms down and O2 sat normalizes.
Fiberoptic exam: nl nasopharynx, hypopharynx
No sign of laryngeal trauma or arytenoid dislocation.
Both vocal cords mildly swollen but move normally.
Patent airway.                Impression: Mild vocal fold
                              edema. No arytenoid dislocation.
PROCEDURES PERFORMED?  ☒ Yes  ☐ No   Recommendation: OK to start
List  Flexible pharyngoscopy          po feed. Continue humidified
                                      air (cool mist).
(OTL STAFF) Hx review/Pt exam: Flex scope
Assoc: exam + plan as above          Physician's ID         10/11/01
_____   _____   [ ][ ][ ][ ][ ]   Otolaryngology
R. Mitakarides    [signature]
Consulting Physician  Signature              Service or Specialty  Date
(Print Name)