UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ORLANDO FRIAS-ORTEGA

CASE NO: 05-CR-10117-WGY

NOTICE IS HEREBY GIVEN THAT THE DEFENDANT ORLANDO FRIAS-ORTEGA REPRESENTED PRO, SE APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT FROM THE JUDGEMENT/SENTENCE ENTERED ON DECEMBER 13th 2005.

*Orlando Frias Ortega*
PRO, SE: ORLANDO, FRIAS, ORTEGA

DATED: DECEMBER 19TH 2005

CERTIFICATE OF SERVICE

I HEARBY CERTIFY THAT ON DECEMBER 19th 2005 A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON DONALD CABELL ASSESTANT UNITED STATES ATTORNEY BY MAIL AND POSTAGE.

PRO, SE ORLANDO FRIAS-ORTEGA
*Orlando Frias Ortega*