```
 1                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
 2
                                         Criminal No.
 3                                       05-10117-WGY

 4

 5

 6   * * * * * * * * * * * * * * * *
                                    *
 7   UNITED STATES OF AMERICA       *
                                    *   CHANGE OF PLEA
 8   v.                             *   and DISPOSITION
                                    *
 9   ORLANDO FRIAS-ORTEGA           *
                                    *
10   * * * * * * * * * * * * * * * *

11

12

13

14            BEFORE:  The Honorable William G. Young,
                              District Judge
15

16
     APPEARANCES:
17
              DONALD L. CABELL, Assistant United States
18       Attorney, 1 Courthouse Way, Suite 9200, Boston,
         Massachusetts 02210, on behalf of the Government
19
              KEVIN LAWRENCE BARRON, ESQ., 453 Washington
20       Street, Suite 5B, Boston, Massachusetts
         02111-1325, on behalf of the Defendant
21

22

23            SYLVIA ZETTERSTRAND, Court Interpreter

24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         December 13, 2005
```