UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cr-10117

United States of America

v.

Orlando Frias-Ortega

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/23/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 18, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/18/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, INTERP, MAG

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10117-WGY-ALL

Case title: USA v. Frias-Ortega

Date Filed: 05/04/2005

Assigned to: Judge William G. Young

**Defendant**

**Orlando Frias-Ortega** (1)
*TERMINATED: 12/15/2005*

represented by **Kevin L. Barron**
Suite 5B
453 Washington Street
Boston, MA 02111-1325
617-482-6368
Fax: 617-517-7711
Email: k@lawyerbarron.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**

8:1326 REENTRY OF DEPORTED ALIENS
(1)

**Disposition**

The defendant is committed to the custody of the BOP for 48 months to be followed by a term of Supervised Release of 36 months with Special Conditions. Special Assessment of $100. No Fine.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

## Plaintiff

USA

represented by **Donald L. Cabell**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3105
Fax: 617-748-3951
Email: donald.cabell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2005 | 1 | INDICTMENT as to Orlando Frias-Ortega (1) count(s) 1. (Gawlik, Cathy) (Entered: 05/04/2005) |
| 05/04/2005 | 2 | Judge William G. Young : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: Arraignment and Bail ONLY as to Orlando Frias-Ortega (Gawlik, Cathy) (Entered: 05/04/2005) |
| 05/09/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Orlando Frias-Ortega held on 5/9/2005; Spanish interperter Hadad; AUSA Cabell and Attorney Barron for the dft.; USMJ Dein informs the dft. of his rights and charges; Dft. requests counsel; USMJ Dein will appoint counsel when CJA 23 form is submitted; Govt. moves for detention and continuance; USMJ Dein orders the dft. to temporary detention pending hearing on 5/11/05 @ 1:00pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/09/2005) |
| 05/09/2005 |  | Attorney update in case as to Orlando Frias-Ortega. Attorney |

| | | |
|---|---|---|
| | | Kevin L. Barron for Orlando Frias-Ortega added. (Quinn, Thomas) (Entered: 05/11/2005) |
| 05/11/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Orlando Frias-Ortega (1) Count 1 held on 5/11/2005, Detention Hearing as to Orlando Frias-Ortega held on 5/11/2005, Plea entered by Orlando Frias-Ortega Not Guilty on counts one.; Spanish interpreter Hadad; AUSA Cabell and Attorney Barron for the dft.; Dft. will proceed with automatic discovery and 1st status conference will be set by USDJ Young; Govt. calls witness #1 (Jordan) direct exam; cross exam; closing arguments; Dft. consents to voluntary order of detention. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/12/2005) |
| 05/11/2005 | 3 | Judge Judith G. Dein : ORDER entered. SCHEDULING ORDER as to Orlando Frias-Ortega (Quinn, Thomas) (Entered: 05/12/2005) |
| 05/11/2005 | 4 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Orlando Frias-Ortega Time excluded from 5/11/05 until 6/8/05. (Quinn, Thomas) (Entered: 05/12/2005) |
| 05/11/2005 | 5 | Judge Judith G. Dein : ORDER entered. ORDER OF DETENTION as to Orlando Frias-Ortega (Quinn, Thomas) (Entered: 05/12/2005) |
| 05/13/2005 | 6 | Arrest Warrant Returned Executed on 5/9/05 as to Orlando Frias-Ortega. (Bell, Marie) (Entered: 05/17/2005) |
| 05/18/2005 | 7 | NOTICE OF INITIAL SCHEDULING CONFERENCE as to Orlando Frias-Ortega Scheduling Conference set for 6/23/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/18/2005) |
| 06/22/2005 | 8 | *Discovery* Letter (non-motion) regarding LR 116.3 as to Orlando Frias-Ortega (Barron, Kevin) (Entered: 06/22/2005) |
| 06/23/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Scheduling Conference as to Orlando Frias-Ortega held on 6/23/2005 Pretrial Conference/Change of Plea/Sentencing set for 9/26/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 06/24/2005) |
| 06/23/2005 | | Judge William G. Young : Electronic ORDER entered. |

| | | |
|---|---|---|
| | | ORDER ON EXCLUDABLE DELAY as to Orlando Frias-Ortega Time excluded from 6/23/05 until 9/26/05. (Smith, Bonnie) (Entered: 06/24/2005) |
| 09/02/2005 | 9 | First MOTION to Continue *plea* to 10/26/2005 to change of plea as to Orlando Frias-Ortega. (Barron, Kevin) (Entered: 09/02/2005) |
| 09/06/2005 | | Judge William G. Young : Electronic ORDER entered granting 9 Motion to Continue as to Orlando Frias-Ortega (1) The Rule 11 hearing will be held on Mon.Oct. 24, 2005 at 2PM. The court orders the time excluded from 9/2/05 - 10/24/05. (Smith, Bonnie) (Entered: 09/06/2005) |
| 10/05/2005 | 10 | Second MOTION to Continue *Sentencing Hearing* as to Orlando Frias-Ortega. (Barron, Kevin) (Entered: 10/05/2005) |
| 10/06/2005 | | Judge William G. Young : ElectronicORDER entered granting 10 Motion to Continue Sentencing Hearing and for Extension of Time to Respond to PSR as to Orlando Frias-Ortega (1). cc/cl. (Bell, Marie) (Entered: 10/06/2005) |
| 10/12/2005 | | NOTICE OF RESCHEDULING as to Orlando Frias-Ortega Plea and Sentence reset for 11/30/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 10/12/2005) |
| 11/23/2005 | 11 | MOTION to Continue *Rule 11 & Sentencing Hearing* to 12/5-9/2005 as to Orlando Frias-Ortega. (Barron, Kevin) (Entered: 11/23/2005) |
| 11/28/2005 | 12 | SENTENCING MEMORANDUM by Orlando Frias-Ortega (Attachments: # 1 Exhibit A - Letter Luz Colon# 2 Exhibit Ex B Notice to Appear INS# 3 Exhibit Ex C Affidavit Mirabel Robles# 4 Exhibit Ex D Docket 94-07-CR-1661# 5 Exhibit Ex E Docket 95-07-CR-4430# 6 Exhibit Ex F 90 - Day Certificate Recovery)(Barron, Kevin) (Entered: 11/28/2005) |
| 11/28/2005 | | Judge William G. Young : Electronic ORDER entered. as to Orlando Frias-Ortega re 11 MOTION to Continue *Rule 11 & Sentencing Hearing* to 12/5-9/2005 filed by Orlando Frias-Ortega,, Motion ALLOWED: Plea and Sentence reset for TUE. 12/13/2005 02:30 PM before Chief Judge William G. Young. cc/cl (Smith, Bonnie) (Entered: 11/28/2005) |
| 11/29/2005 | 13 | MOTION for Downward Departure as to Orlando Frias-Ortega. (Barron, Kevin) (Entered: 11/29/2005) |

| | | |
|---|---|---|
| 12/08/2005 | 14 | MOTION to Amend 12 Sentencing Memorandum, filed by Orlando Frias-Ortega, *with additonal exhibit (medical record)* as to Orlando Frias-Ortega. (Attachments: # 1)(Barron, Kevin) (Entered: 12/08/2005) |
| 12/13/2005 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Change of Plea Hearing as to Orlando Frias-Ortega held on 12/13/2005, Interpreter ZetterstrandSworn; Dft Sworn. Court conducts plea colloquy with the defendant. After hearing the Court accepts plea of Guilty to Count 1 Plea entered by Orlando Frias-Ortega (1) Guilty Count 1. The court will proceed to sentencing. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 12/14/2005) |
| 12/13/2005 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Sentencing held on 12/13/2005 for Orlando Frias-Ortega (1), Count(s) 1, The Court hears from the Government, Defense counsel and the Defendant. The Defendant orally moves for downward departure. After hearing the court allows the motion to depart and imposes the following sentence: The defendant is committed to the custody of the BOP for 48 months to be followed by a term of Supervised Release of 36 months with Special Conditions. Special Assessment of $100.No Fine. The Court recommends credit for time served from 4/7/05 to the present and custody at Fort Devens or a facility in the northeast. The defendant is advised of his right to appeal. The defendant is remanded to custody. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 12/14/2005) |
| 12/15/2005 | 15 | Judge William G. Young : ORDER entered. JUDGMENT as to Orlando Frias-Ortega (1), Count(s) 1, The defendant is committed to the custody of the BOP for 48 months to be followed by a term of Supervised Release of 36 months with Special Conditions. Special Assessment of $100.No Fine. (Attachments: # 1 Transcript) (Smith, Bonnie) (Entered: 12/15/2005) |
| 12/23/2005 | 16 | NOTICE OF APPEAL by Orlando Frias-Ortega re 15 Judgment,. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/12/2006. cc/cl.(Bell, Marie) (Entered: |

| | | |
|---|---|---|
| | | 12/27/2005) |
| 01/03/2006 | 17 | TRANSCRIPT ORDER FORM by Orlando Frias-Ortega for proceedings held on 12/13/2005 before Judge Young. (Barron, Kevin) (Entered: 01/03/2006) |
| 01/05/2006 | 18 | TRANSCRIPT of Proceedings as to Orlando Frias-Ortega held on 12/13/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 01/05/2006) |