MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1156

UNITED STATES,

Appellee,

v.

ORLANDO FRIAS-ORTEGA,

Defendant, Appellant.

Before

Torruella, Lynch and Howard,
<u>Circuit Judges</u>.

**JUDGMENT**
**Entered: September 12, 2006**

Appellant entered a straight plea of guilty to an indictment charging him with illegal reentry into the country after deportation subsequent to conviction of an aggravated felony, specifically a cocaine offense. As we have repeatedly held, <u>Almendarez-Torres</u> v. <u>United States</u>, 523 U.S. 224 (1998), is binding on this court unless and until it is overturned by the Supreme Court. See, e.g., United States v. DeLeon, 444 F.3d 41, 54 (1st Cir. 2006). Therefore, we reject appellant's argument that his sentence is improper because the existence of the prior conviction, which raised his sentencing exposure, was not found by a jury.

The government's motion for summary disposition is <u>granted</u>.

The judgment of the district court is <u>affirmed</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 10/3/06

By the Court:
Richard Cushing Donovan, Clerk.

By: __MARGARET CARTER__
         Chief Deputy Clerk.

[cc: Charles F. Willson, Esq., Donald L. Cabell, AUSA,
Dina Michael Chaitowitz, AUSA, Orlando Frias-Ortega]